UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PHILIP SIEDEN

Plaintiff,

v.

LARRY G. MASSANARI[1]
Acting Commissioner of
Social Security,

Defendant.

CIVIL FILE NO. 01-595 (PAM/ESS)

**ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES**

Having considered the Application to Proceed Without Payment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☑ GRANTED

☑ The Clerk is directed to file the Complaint.

☑ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

FILED APR 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: April 10, 2001

E. S. SWEARINGEN
United States Magistrate Judge

---

[1] On March 29, 2001, Larry G. Massanari became Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d)(1) and the last sentence of 42 U.S.C. § 405(g), Larry G. Massanari is automatically substituted as the Defendant in this civil action.