UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-595 PAM/ESS

| | |
|---|---|
| PHILIP M. SIEDEN,<br><br>Plaintiff,<br><br>v.<br><br>LARRY G. MASSANARI,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | **O R D E R** |

The above matter came before me on the motion of the defendant to enlarge the time in which to respond and file a motion for summary judgment with supporting memorandum or otherwise plead in this action. The court finds that good cause has been shown, and therefore,

IT IS HEREBY ORDERED that defendant's motion is granted and the defendant shall have until September 18, 2001, to respond.

Dated: Sept. 11, 2001

E. S. Swearingen
E. S. SWEARINGEN
UNITED STATES MAGISTRATE JUDGE

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK