**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PHILIP M. SIEDEN,

Plaintiff,

v.

LARRY G. MASSANARI,
Acting Commissioner of Social Security,

Defendant.

Civil No. 01-595 (PAM/ESS)

**ORDER**

The above-entitled matter comes before the Court upon Defendant's second Motion for Extension of Time in which to file a motion for summary judgment and supporting memorandum in the above-entitled matter. The Court previously granted Defendant a 14-day extension of time in which to file his motion for summary judgement. The Court finds that good cause has been shown to grant Defendant's current motion. However, the Court will not entertain a third motion for extension of time in this matter. Therefore, based on the foregoing,

**IT IS HEREBY ORDERED that:**

1. Defendant's motion is granted, and Defendant shall have until October 9, 2001, to serve and file a motion for summary judgment and supporting memorandum in the above-entitled matter; and

2. Defendant will not be granted an extension of time beyond October 9, 2001, to serve and file a motion for summary judgment and supporting memorandum in this matter.

Dated: Sept. 19, 2001

E. S. SWEARINGEN
United States Magistrate Judge

SEP 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK