UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-595 PAM/ESS

| | | |
|---|---|---|
| PHILIP M. SIEDEN,<br><br>Plaintiff,<br><br>v.<br><br>LARRY G. MASSANARI,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | ) | **O R D E R** |

Pursuant to the Joint Motion to Remand and Enter Judgment by the parties,

IT IS HEREBY ORDERED that this case is remanded to the Commissioner for further administrative proceedings pursuant to the Sentence four of Title 42, United States Code, Section 405(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2001

PAUL A. MAGNUSON
United States District Court Judge

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 04 2001
DEPUTY CLERK