UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Philip M. Sieden

Civil No. 01-595 (PAM/ESS)

Plaintiff,

v.

**ORDER**

William A. Halter, acting Commissioner of Social Security,

Defendant.

---

This matter is before the Court on Plaintiff Philip M. Sieden's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Defendant has represented that it will not file an opposition to Mr. Sieden's Motion. Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiff's Motion for Fees (Clerk Doc. No. 21) is **GRANTED**; and
2. Plaintiff is entitled to recover from Defendant attorney's fees and costs in the amount of $3,200.00.

Dated: November 28, 2001

Paul A. Magnuson
United States District Court Judge

NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK